**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
RACHEL J. LEE, SB# 225263
  E-Mail: Rachel.Lee@lewisbrisbois.com
MADONNA L. DEVLING, SB# 163419
  E-Mail: Madonna.Devling@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendants, FRANKFURT-SHORT-BRUZA ASSOCIATES, P.C. dba FRANKFURT-SHORT-BRUZA ASSOCIATES, INC., PHILIP McNAYR, STEVE SHRUM, MARK E. TIMBROOK

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO A. CHAVARRIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKFURT-SHORT-BRUZA ASSOCIATES, P.C. dba FRANKFURT-SHORT BRUZA ASSOCIATES, INC., a corporation, PHILIP McNAYR, STEVE SHRUM, MARK E. TIMBROOK,<br><br>Defendants. | CASE NO. 2:19-cv-00379 JFW (JCx)<br><br>**ORDER RE: STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>Complaint filed December 7, 2018 |

**IT IS HEREBY ORDERED**, pursuant to the Stipulation filed concurrently herewith by and between all parties to this action, through their designated counsel, that the original Complaint and all claims therein, filed by Plaintiff GUILLERMO A. CHAVARRIA against Defendants FRANKFURT-SHORT-BRUZA ASSOCIATES, P.C. dba FRANKFURT-SHORT BRUZA ASSOCIATES, INC., PHILIP McNAYR, STEVE SHRUM, MARK E. TIMBROOK, and DOES 1-25, be and hereby is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: July 30, 2019

_____
Honorable John F. Walter, U.S. District Court Judge

4821-3692-5596.1

ORDER RE: STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE